IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LUIS LIMON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-07-0274 |
| BERRYCO BARGE LINES, L.L.C, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT
## DISMISSING HACKCO, INC.

On May 22, 2008 the court entered an order granting Hackco, Inc.'s motion for summary judgment, finding that there are no disputed issues material to determining the alleged liability of Hackco, Inc. for any loss or damage sustained by the plaintiffs. Because the crossclaims asserted against Hackco, Inc. are all dependent on the plaintiff's claim and do not assert any independent grounds for recovery against Hackco, Inc., summary judgment was also granted as to the crossclaims.

Under FED. R. CIV. P. Rule 54(b), there is no just reason for delay in entering a separate final judgment on plaintiffs' and crossplaintiffs' causes of action against defendant Hackco, Inc. Final judgment is entered that plaintiffs, Luis Limon and Manuel Olivarez, Jr., and crossplaintiffs, Kaiser Francis Oil Co., Brammer Engineering, Inc. and Unit Texas Drilling, LLC, take nothing by their claims against defendant, Hackco, Inc. The parties will bear their own costs.

The causes of action asserted by plaintiffs, Luis Limon and Manuel Olivarez, Jr., and crossplaintiffs, Kaiser Francis Oil Co., Brammer Engineering, Inc. and Unit Texas Drilling, LLC, for recovery of damages, contribution and/or indemnity, including interest, costs, and attorney's fees against defendant Hackco, Inc., are dismissed, with prejudice.

SIGNED on May 23, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge