**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS LIMON, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-07-0274 |
| BERRYCO BARGE LINES, L.L.C, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER DENYING MOTION TO CONSOLIDATE

The Plaintiffs' Opposed Motion to Consolidate the later filed, now dismissed suit, into this case, (Docket Entry No. 190), is denied. The motion seeks to consolidate a case that is scheduled to be tried in the near future with a case that has been dismissed. The judge in that case has denied a motion for relief from judgment. There is no basis for consolidation at this stage of the litigation.

SIGNED on February 10, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge