# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS LIMON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0274 |
| | § | |
| BERRYCO BARGE LINES, L.L.C, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants/Third Party Plaintiffs Kaiser Francis Oil Company, SL Production Company, LLC and Brammer Engineering, Inc. moved to compel the depositions of Shawn Porciau and Samuel Romero. (Docket Entry No. 188). Double Eagle Marine, LLC, the employer of Porciau and Romero, opposed the motion. (Docket Entry No. 195). The opposition points out that both individuals were deposed in 2009, in both this case and in the related suit, C.A. 09-444, *Limon v. Double Eagle Marine, LLC*. This motion was not filed until after the deadline for completing discovery on the motion for summary judgment (converted from a motion to dismiss) had expired. Based on these reasons, the motion by Defendants/Third Party Plaintiffs Kaiser Francis Oil Company, SL Production Company, LLC and Brammer Engineering, Inc. to compel additional depositions of Porciau and Romero is denied.

SIGNED on February 10, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge