IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS LIMON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0274 |
| | § | |
| BERRYCO BARGE LINES, L.L.C, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR TRIAL CONTINUANCE AND ENTRY OF AMENDED DOCKET CONTROL ORDER

The Unopposed Motion of Plaintiffs Luis Limon and Manuel Olivarez, Jr.; Claimant Porfirio Montalvo; Defendants Berryco Barge Line, L.L.C., Kaiser-Francis Oil Company, SL Production Company, L.L.C. and Brammer Engineering, Inc.; Third-Party Defendants, Inland Barge Rentals, Inc. and Garber Brothers, Inc.; and Intervenor, Liberty Mutual Fire Insurance Company, for a trial continuance is granted. The deadlines for filing the joint pretrial order and the docket call are cancelled. The pending motions are set for oral argument on **March 4, 2011 at 8:30 a.m.** An amended scheduling order will be entered after the pending motions are resolved.

SIGNED on February 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge