**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS LIMON, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0274 |
| | § | |
| BERRYCO BARGE LINES, L.L.C., *et al.*, | § | |
| Defendants. | § | |

**ORDER**

Defendants/Third Party Plaintiffs Kaiser Francis Oil Company, SL Production Company, LLC and Brammer Engineering, Inc. ("the third-party plaintiffs") have moved for reconsideration of the court's February 10, 2011 order, (Docket Entry No. 197), denying their motion to compel the depositions of Shawn Porciau and Samuel Romero, (Docket Entry No. 188). Two reasons were cited in this court's prior order. Both individuals were deposed in 2009, in both this case and in the related case, C.A. 09-444, *Limon v. Double Eagle Marine, LLC*. The motion to compel the additional depositions was not filed until after the deadline for completing discovery on the summary judgment motion had expired. These reasons still apply and weigh against granting the motion for reconsideration. In addition, docket call in this case is set for March 25, 2011. Additional depositions would further delay the resolution of a case originally filed on May 17, 2007. The motion for reconsideration, (Docket Entry No. 198), is denied at this time. At docket call, the parties and court will discuss the presentation of testimony from these witnesses at trial, taking into account the newly discovered relevant evidence.

SIGNED on March 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge